PER CURIAM.
We reverse the order of the trial court granting appellee’s motion to suppress. See California v. Hodari D., — U.S. -, 111 S.Ct. 1547, 113 L.Ed.2d 690 (1991); Curry v. State, 570 So.2d 1071 (Fla. 5th DCA 1990); A.G. v. State, 562 So.2d 400 (Fla. 3d DCA 1990); State v. Oliver, 368 So.2d 1331 (Fla. 3d DCA 1979), cert. dismissed, 383 So.2d 1200 (Fla.1980).
REVERSED and REMANDED.
COBB, HARRIS and DIAMANTIS, JJ., concur.